CHARLES W. TILLINGHAST, as Trustee, etc., Appellant, *v.* THE TROY AND BOSTON RAILROAD COMPANY et al., Respondents.

(Argued March 11, 1890; decided April 15, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 17, 1888,

SICKELS — VOL. LXXVI.    82

which reversed order of Special Term denying motions for stay of proceedings, and granted said motions.

*Esek Cowen* for appellant.

*Charles E. Patterson* and *John B. Gale* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.